

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2019

No. 04-19-00126-CV

Jose Andres **GARZA,**
Appellant

v.

Amanda G. **ESPARZA,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLG002494-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant made written requests for the clerk's and reporter's records, and the record is due June 7, 2019. Appellant also filed an affidavit of indigency, both in the trial court and in this court. On March 25, 2019, we issued an order that required the clerk, reporter, or any party that sought to require appellant to pay costs to file a motion in the trial court that complies with Texas Rule of Civil Procedure 145(f) by April 4, 2019.

No Rule 145(f) motion was filed. However, the district clerk filed an unsworn notification of late record in this court on April 5, stating she is unable to file the record by the due date because "appellant is not entitled to appeal without paying the fee and appellant has failed to pay the fee or make arrangements to pay the fee for preparing the record." The notification does not comply with Rule of Civil Procedure 145(f), which requires the clerk to file a motion containing sworn evidence.

We therefore **order** appellant may proceed without payment of appellate filing fees and without payment of the costs for the preparation and filing of the appellate record. *See* Tex. R. App. P. 20.1; Tex. R. Civ. P. 145. We **order** Esther Degollado, the Webb County District Clerk, and David J. Laurel, the official court reporter for the 406th Judicial District Court of Webb County, to file the record by June 7, 2019, without requiring payment of costs by appellant.



Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court